# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ESSPEE FABRICATIONS LTD., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:23-cv-01391-MTS |
| MAGNITUDE 7 METALS LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

For the reasons stated in the Memorandum Opinion entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED** without prejudice for want of jurisdiction.

Dated this 3rd day of November 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE